IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALVIN LAVON MOORE,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

CASE NO. CV411-313

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 26), to which objections have been filed (Doc. 29). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of May 2012.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA