# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALVIN LAVON MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  CV411-313 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Alvin Lavon Moore's latest motions (docs. 42 & 43) are **DENIED** as frivolous.  This case is *over*.  Mr. Moore is directed to file no more motions.

**SO ORDERED**, this 25th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA